UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | | |
|---|---|---|
| Daniel A. Kloss, | ) | |
| | ) | |
| *Plaintiff*, | ) | CIVIL CASE NO. 15-cv-00282 |
| | ) | |
| v. | ) | |
| | ) | ORDER ADOPTING REPORT |
| SCI Albion/PA D.O.C., *et al.*, | ) | AND RECOMMENDATION |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

The Magistrate Judge issued a Report and Recommendation in this matter (Dkt. No. 85), recommending that this Court deny Plaintiff's most recent request for a preliminary injunction. This request is the latest in a number of requests for a temporary restraining order filed by Plaintiff. In each request, Plaintiff seeks an order from this Court instructing that the staff at SCI-Albion provide him with different medical treatment and/or accommodations than what he is currently receiving. The Magistrate Judge has held several hearings on these motions. At these hearings, the Magistrate Judge has explained to Plaintiff that the Court cannot override the medical treatment recommended by medical experts at the prison just because Plaintiff prefers a different treatment and/or accommodation. In addition, the Magistrate Judge requested at the most recent hearing that Plaintiff refrain from filing these types of motions while legal counsel is being sought to represent Plaintiff. Once again, however, Plaintiff asserts, without evidentiary support in the form of a medical prescription or order, that he needs different medical treatment and/or accommodations.

After reviewing the Report and Recommendation, the record, and all other materials before the Court, and no objection being filed, it is hereby ordered that:

(1) The Report and Recommendation is ADOPTED;

(2) Plaintiff's request for a preliminary injunction is DENIED; and

(3) The Clerk of the Court shall send copies of this Order to Plaintiff.

IT IS SO ORDERED.

Dated this 9th day of September, 2016.

Barbara Jacobs Rothstein
U.S. District Court Judge