UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| DANIEL A. KLOSS, | |
| *Plaintiff*, | Civil Action No. 15-282-BJR |
| v. | ORDER |
| SCI ALBION/PA D.O.C., *et al.*, | |
| *Defendants*. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) Plaintiff's motion for emergency medical injunction (Doc. No. 108) and motion for pain medication (Doc. No. 109) are **DENIED**.

**IT IS SO ORDERED**.

DATED this 13th day of February, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE