UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| DANIEL A. KLOSS, | |
| *Plaintiff*, | Civil Action No. 15-282-BJR |
| v. | |
| | ORDER |
| SCI ALBION/PA D.O.C., *et al.*, | |
| *Defendants*. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Doc. No. 133);

(2) Plaintiff's "motion for EGD plus Botox gastro procedure with Dr. Ryan Levy M.D. at UPMC Passavant, Pit. PA" [Doc. No. 130], which is construed as motion for preliminary injunction, is **DENIED**.

**IT IS SO ORDERED**.

DATED this 26th day of April, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE