# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Daniel A. Kloss, | |
| *Plaintiff*, | Civil Case No. 15-cv-00282 |
| v. | ORDER ADOPTING THE REPORT AND RECOMMENDATION |
| SCI Albion/PA D.O.C. *et al.*, | |
| *Defendants*. | |

Before the Court is [ECF 262] the Report and Recommendation ("R&R") of the Honorable Susan Paradise Baxter, United States Magistrate Judge, recommending that the Court deny [ECF 247] Plaintiff's Motion for Federal Phone Hearing, which is construed as a motion for a preliminary injunction. Having reviewed the Report and Recommendation, the record of the case, and the relevant law, the Court HEREBY ADOPTS the Report and Recommendation for the reasons therein.

**SO ORDERED.**

DATED this 4th day of December, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE