IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL A. KLOSS, | ) | |
|     Plaintiff, | ) | Civil Action No. 1:15-cv-282 |
| | ) | |
| v. | ) | |
| | ) | |
| SCI-ALBION, et al., | ) | Judge Susan Paradise Baxter |
|     Defendant. | ) | |

## ORDER OF COURT

Susan Paradise Baxter, District Judge

    Plaintiff initiated the instant action on November 23, 2015. ECF No. 1. On February 16, 2018, and March 22, 2018, Defendants filed separate Partial Motions to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF Nos. 287, 293. On August 15, 2018, the undersigned, then a United States Magistrate Judge, issued a Report and Recommendation that Defendants' Motions be granted. ECF No. 301. In response, Plaintiff filed objections to the Report and Recommendation. ECF No. 302.

    On September 14, 2018, the undersigned was sworn in as a United States District Judge. This action was reassigned to this Court's docket on September 17, 2018. ECF No. 303.

    After conducting a thorough *de novo* review of Plaintiff's objections, the Court stands by the conclusions set forth in the Report and Recommendation. Accordingly, it is HEREBY ORDERED that the Report and Recommendation issued on August 15, 2018, is converted into a final Memorandum Opinion. Consistent with the recommendation therein, Defendants' Motions to Dismiss are each GRANTED. Defendants Giroux, Zirkle, Wetzel, McHenry, Seelinger, Fait, Jones, Dube, Meure, McLaurin, and MacAraw are dismissed from this action, with prejudice.

1

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

Dated: September 25, 2018